UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN MOORE, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IKON OFFICE SOLUTIONS, INC.,<br><br>Defendant. | Case No. 09-cv-0556-IEG (POR)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

The Court has reviewed the Joint Motion to Dismiss the Class Claims without Prejudice. Good cause appearing therefore, it is hereby ORDERED that the Motion is granted and the class claims alleged in the complaint on behalf of the absent putative class members are dismissed without prejudice.

**DATED:**     October 13, 2009

*[signature]*

Hon. Irma E. Gonzalez, Chief Judge
United States District Court